Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA SICAIROS, *individually and on behalf of all those similarly situated,* *Plaintiff,* *v.* COVE DRINKS, INC., *a Delaware corporation,* *Defendant.* | No. 2:25-cv-09951-JFW-PVC **NOTICE OF MOTION; MOTION TO CLARIFY OR MODIFY SCHEDULING ORDER** Hon. John F. Walter Hearing Date: June 22, 2026 Hearing Time: 1:30 p.m. Complaint Filed: October 17, 2025 FAC Filed: December 30, 2025 SAC Filed: February 4, 2026 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on June 22, 2026, at 1:30 p.m., in Courtroom 7A, Plaintiff Claudia Sicairos will and hereby does move pursuant to Federal Rule of Civil Procedure 16 for clarification or, alternatively, modification of the Court's Scheduling Order. The grounds for this motion are set forth in more detail in the accompanying Memorandum of Points and Authorities. This motion

is based on this Notice; the Memorandum of Points and Authorities filed concurrently; the Declaration of Charles C. Weller and exhibits thereto; any oral argument of counsel; and the pleadings and entire record on file in this case.

DATED: May 17, 2026

Respectfully submitted,

**CHARLES C. WELLER, APC**

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this date, May 17, 2026, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller

Attorney for Plaintiff